IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIM. CASE NO. 2:22-cr-145-ECM |
| | ) |
| MELISSA VASQUEZ GUARDADO | ) |

**O R D E R**

On September 16, 2022, the Magistrate Judge entered a Recommendation (doc. 41) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that that Recommendation of the Magistrate Judge is ADOPTED, and the Defendant's motion to suppress (doc. 28) is DENIED.

Done this 4th day of January, 2023.

/s/Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE